| | |
|---|---|
| EDWIN JAMES CHAMBERS,<br><br>  Petitioner,<br><br> v.<br><br>STU SHERMAN, Warden,<br><br>  Respondent. | Case No. 1:17-cv-01747-MJS (HC)<br><br>**ORDER REQUIRING PETITIONER TO RE-FILE PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**(ECF NO. 1)** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

  Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus under 28 U.S.C. § 2254. Having conducted an initial review of the petition, the Court is unable to determine whether Petitioner is entitled to relief because his first and only ground for relief is illegible and thus unintelligible. The description of Plaintiff's claim on page five of the petition is printed in such faint type that the Court cannot determine the asserted basis for relief.

  Accordingly, Petitioner is HEREBY ORDERED to file a <u>legible</u> amended petition within thirty days of the date of this order. Failure to comply may result in dismissal of the action.

IT IS SO ORDERED.

Dated:  December 29, 2017      /s/ *Michael J. Seng*
                    UNITED STATES MAGISTRATE JUDGE